Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 23, 2024

Neil V. Shah
Attorney at Law
d +1.212.969.3028
f 212.969.2900
nshah@proskauer.com
www.proskauer.com

**Via ECF**

Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Trustees of the Local 813 Pension Trust Fund v. RC Environmental, LLC,*
      Case No. 1:24-cv-00249-NCM-LKE**

Dear Judge Eshkenazi:

      We represent Plaintiffs, the Trustees of the Local 813 Pension Trust Fund, in the above-referenced action. In advance of the initial conference scheduled for September 9, 2024, enclosed as **Exhibit A** is a proposed Protective Order. The parties have met and conferred, and they respectfully request that it be entered.

      In accordance with Part III.E of Your Honor's Individual Practice Rules, also enclosed as **Exhibit B** is a redline that identifies the parties' agreed-upon proposed changes to Your Honor's Form Protective Order. There are four principal changes. First, the parties have attempted to ensure that defined terms are consistently used and capitalized. Second, in Paragraph 2, the parties make clear that publicly-available documents should not be designated confidential. Third, in Paragraph 3(d), the parties seek to simplify the process for the court reporter to identify confidential material in deposition transcripts. Fourth, in Paragraph 6, the parties seek to expand the categories of persons who remain subject to the proposed Protective Order while not having to sign Exhibit A. Finally, in Paragraph 11, given that the proposed Protective Order applies even after the end of the case, the parties seek to permit the continued retention of documents so long as their confidentiality is maintained. The parties believe this will limit the burden on the parties and their counsel to locate and destroy all copies of confidential documents that may exist electronically on network drives and e-mail servers after this action has been terminated.

      We look forward to discussing this and other matters with Your Honor at the September 9, 2024 initial conference.

Respectfully submitted,

*/s/ Neil Shah*

Neil V. Shah

cc:   All Counsel of Record (via ECF)